**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Jeffrey J. Keyes 6A STP | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 14cr345 (2)(PJS/JSM) |
| | ) | Date: | October 23, 2014 |
| NORINH INTHONEPRADITH, | ) | Court Reporter: | N/A |
| | ) | Courthouse: | St. Paul |
| Defendant. | ) | Courtroom: | 6A |
| | | Time Commenced: | 2:38 pm |
| | | Time Concluded: | 2:40 pm |
| | | Time in Court: | 2 Minutes |

APPEARANCES:

   Plaintiff:    Kevin Ueland, John Kokkinen, Assistant U.S. Attorneys
   Defendant:  Manny Atwal
                      **x** FPD      ☐ CJA      ☐ Retained    **x** To be appointed
Interpreter / Language:   None / English
Date Charges Filed:  October 21, 2014      Offense:    Bank Fraud/Identity Theft
☐ Charges read into record   **x** Waived Reading of Charges   **x** Advised of Rights

on    **x** Indictment

**x** Government moves for detention.
Motion is **x** granted, temporary detention ordered

Next appearance date is **October 27, 2014** at **11:00 am** before U.S. Magistrate Judge Keyes in Courtroom 6A for:
   **x** Detention hrg    **x** Arraignment

**x** Government moves to unseal the case.    **x** Granted

Additional Information:

                                                                                              s/Wendi Tilden
                                                                                               Courtroom Deputy