# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>NORINH INTHONEPRADITH,<br><br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　Jeffrey J. Keyes, 6A STP<br>　　　　　U.S. Magistrate Judge<br><br>Case No:　　14cr345(2) (PJS/JSM)<br>Date:　　　　October 27, 2014<br>Court Reporter: N/A<br>Courthouse:　St. Paul<br>Courtroom:　　6A<br>Time Commenced: 1:48 pm<br>Time Concluded:　1:49 pm<br>Time in Court:　　1 Minute |

APPEARANCES:

　Plaintiff: John Kokkinen, Assistant U.S. Attorney
　Defendant:　David Schultz　　☐　FPD　　**x** CJA　　☐ Retained **x** Appointed

　Interpreter / Language:　　None/English

　　**X** Reading of Indictment Waived　　　**X** Not Guilty Plea Entered

Government Disclosure Due Date:
Defendant's Reciprocal Disclosure Due Date:
Motion Filing Date:
Motion Response/Notice Deadlines Date:
Responsive Notice Deadline:
Motion Hearing Date:　　　　　　　　　. before Magistrate Judge in
Voir Dire/Jury Instruction Due Date:
Status Conference Date:　　　　　　　　NA
Trial Date:

Other Remarks:　**x**　　**Disclosure dates, etc., to be addressed under separate Order.**


　　　　　　　　　　　　　　　　　　　　　　*s/Wendi Tilden*
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy