# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 14-CR-345(2) (PJS/JSM) |
| Norinh Inthonepradith, Defendant. | Date: December 23, 2014 |
| | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 11:02 a.m. |
| | Time Concluded: 11:45 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 43 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:   John Kokkinen
   For Defendant:   David Schultz ☐ FPD ☒ CJA ☐ Retained ☐ Appointed
   Interpreter/Language: /
   ☐ Appointment of Counsel requested - ☐ granted ☐ denied.
   ☐ Appointed

PROCEEDINGS:
   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Counts: **1 and 14**, remaining counts to be dismissed at sentencing.
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒  Presentence Investigation and Report requested.
   ☐  Bond continued.
   ☐  **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☒  Defendant remanded to the custody of the U.S. Marshal.

                                                                   s/C. Glover
                                                                  Courtroom Deputy