

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  *Telephone: (612) 664-5600*
*300 South Fourth Street*  *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

January 12, 2016

**VIA E-MAIL**

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: United States v. Norinh Inthonepradith, 14-cr-345 (PJS/JSM)

    I am writing to notify the Court that the parties have reached an agreement as to the disputed aspects of the Presentence Investigation Report that will obviate the need for an evidentiary hearing. Specifically, it is my understanding that the defense will be withdrawing the objection to the PSR's determination of the number of victims and the intended and actual loss amounts. As to the sophisticated means enhancement, there remains a disagreement as to whether the enhancement applies, but the parties believe that no evidence is needed and that the parties can make their respective arguments to the Court based on undisputed facts. Lastly, the parties also have reached an agreement that the restitution amount that should be attributable to Mr. Inthonepradith is $513,132.39.

    We have advised the Probation Officer of the parties' agreement and provided an updated breakdown of the restitution amounts. We will of course put on the record at the hearing on January 20, 2016, all of this same information.

                                Respectfully submitted,

                                ANDREW M. LUGER
                                United States Attorney

                                *s/ John E. Kokkinen*

                                BY: JOHN E. KOKKINEN
                                Assistant U.S. Attorney
                                Attorney ID Number 388356

Cc:    David Schultz, Esq.